Deverie J. Christensen
Nevada State Bar No. 6596
Kyle J. Hoyt
Nevada State Bar No. 14886
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: kyle.hoyt@jacksonlewis.com

*Attorneys for Defendant*
*Wynn Las Vegas, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Bryan Spinelli,<br><br>Plaintiff,<br><br>vs.<br><br>Wynn Las Vegas, LLC,<br><br>Defendant. | Case No. 2:26-cv-03353-GMN-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES FOR DEFENDANT TO FILE (1) REPLY IN SUPPORT OF ITS PARTIAL MOTION TO DISMISS PLAINTIFF'S THIRD CLAIM FOR RELIEF AND (2) RESPONSE TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Bryan Spinelli ("Plaintiff"), appearing in Proper Person, and Defendant Wynn Las Vegas, LLC ("Defendant"), by and through its counsel, the law firm of Jackson Lewis P.C., that (1) Defendant shall have a one (1) week extension up to and including **November 19, 2026**, in which to file its reply in support of its Partial Motion to Dismiss Plaintiff's Third Claim for Relief; and (2) Defendant shall have a one (1) week extension up to and including **November 20, 2026**, in which to file its response to Plaintiff's Motion to Remand to State Court. This Stipulation is submitted and based upon the following:

1. Plaintiff filed his Complaint in the Eighth Judicial District Court, Clark County, Nevada on May 27, 2026.

2. On October 13, 2026, Defendant Wynn Las Vegas, LLC filed its Notice of Removal to Federal Court. ECF No. 1.

3. On October 20, 2026, Defendant filed its Partial Motion to Dismiss Plaintiff's Third Claim for Relief. ECF No. 4.

4. On October 30, 2026, Plaintiff filed his Motion to Remand to State Court. ECF No. 8.

5. On November 5, 2026, Plaintiff filed his Opposition to Defendant's Partial Motion to Dismiss. ECF No. 10.

6. Defendant's Reply in Support of its Partial Motion to Dismiss is currently due on November 12, 2026, and Defendant's Response to Plaintiff's Motion to Remand to State Court is currently due on November 13, 2026.

7. Defendant's counsel his recently been ill and needs additional time to complete Defendant's Reply in Support of its Partial Motion to Dismiss and Defendant's Response to Plaintiff's Motion to Remand to State Court. Counsel has sufficiently recovered to be able to work regularly from home and does not anticipate any further extension will be needed.

8. The Parties have agreed to extend the deadline for Defendant to file its Reply in Support of its Partial Motion to Dismiss to November 19, 2026, and the deadline for Defendant to file its Response to Plaintiff's Motion to Remand to State Court to November 20, 2026.

9. This is the first stipulation to extend the time for Defendant to file its Reply in Support of its Partial Motion to Dismiss Plaintiff's Third Claim for Relief, and the first stipulation to extend the time for Defendant to file its Response to Plaintiff's Motion to Remand to State Court.

10. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

/ / /

/ / /

/ / /

11. This Stipulation is made in good faith and not for the purpose of delay.

Dated this 11th day of November, 2026.

BRYAN SPINELLI

*/s/ Bryan Spinelli*
Bryan Spinelli, Esq.
Nevada State Bar No. 16630
2649 Marvel Astoria Street
Henderson, Nevada 89044
attorney@bryanspinelli.com

*Plaintiff in Proper Person*

JACKSON LEWIS P.C.

*/s/ Kyle Hoyt*
Deverie J. Christensen
Nevada State Bar No. 6596
Kyle J. Hoyt
Nevada State Bar No. 14886
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant Wynn Las Vegas, LLC*

**ORDER**

IT IS SO ORDERED.

**DATED** this 17 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT